# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS ROBERT MOREY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-262-Orl-19DAB**

**UNITED STATES OF AMERICA,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **AMENDED MOTION FOR DISCOVERY TO ALLOW DESIGNATION OF REBUTTAL WITNESS (Doc. No. 23)**
>
> **FILED:** August 12, 2008
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** .

Plaintiff seeks leave to designate an expert in accident reconstruction as a rebuttal witness to Defendant's expert. The request is made after the deadline for disclosure of Plaintiff's experts, but prior to the close of discovery. Plaintiff contends that prior to Defendant's disclosure, he did not believe such an expert was necessary, but now feels one must be retained to "rebut" Defendant's expert, noting that "Plaintiff would be unfairly prejudiced if Defendant's accident reconstruction expert's testimony were allowed to stand unchallenged." (Doc. No. 23 at 4). The Court agrees with Defendant that there was nothing to stop Plaintiff from retaining his own expert in a timely fashion,

so there is nothing inherently "unfair" about any prejudice that results from Plaintiff's failure to do so.

Nonetheless, Plaintiff's motion is within the time limits contemplated by Rule 26(a)(2)©), and Plaintiff has established the need for the expert and, in view of the fact that discovery does not end until September 30, 2008 and trial is over six months away, the prejudice to Defendant is slight.  The motion is **granted.**   Plaintiff may designate the expert **for rebuttal purposes only** (in other words, Plaintiff may not use this witness in his case in chief, and the subject matter of the expert's testimony will be limited to matters in rebuttal of opinions offered by Defendant's expert) and should supply the required report and make the witness available for prompt deposition.  If necessary, Defendant may have 20 days from the date of deposition in which to supplement its expert report.

**DONE** and **ORDERED** in Orlando, Florida on August 26, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record